**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: ______-- Civ. (__)**

FORFEVER 21, INC.
a Delaware Corporation,

Plaintiff,

v.

FOREVER 21 NAIL SPA,
A Florida limited liability company,
and DOES 1 through 10, Inclusive,

Defendant.

_________________________________/

**COMPLAINT FOR DAMAGES**
**AND INJUNCTIVE RELIEF**

Plaintiff FOREVER 21, INC. (hereinafter "FOREVER 21") hereby alleges and avers based on knowledge as to its acts and based on information and belief as to the acts of others, as follows:

**INTRODUCTION**

1. This is an action for trademark infringement and dilution, false designation of origin, unfair and deceptive business practices and unfair competition arising from defendant FOREVER 21 NAIL SPA, LLC's ("Defendant" or "Forever 21 Nail Spa") willful and intentional infringement of FOREVER 21's trademarks. Despite having been put on notice of its infringing activities, Defendant continues to infringe upon FOREVER 21's intellectual property. As a result, FOREVER 21 has no choice but to commence this action to protect its valuable intellectual property and obtain legal redress for Defendant's misconduct.

## THE PARTIES

2. FOREVER 21 is a Delaware corporation with its principal place of business located at 3880 N. Mission Road, Los Angeles, California 90031. FOREVER 21 is a widely recognized retailer of apparel, accessories and beauty products. FOREVER 21 designs and sells innovative, fashionable clothing and accessories exclusively through its own FOREVER 21 retail outlets throughout the United States. FOREVER 21 sells clothing and accessories which bear FOREVER 21's graphic designs and/or which are identified by one or more of its family of registered and common law FOREVER 21 trademarks.

3. FOREVER 21 is informed and believes and based thereon alleges that Defendant, FOREVER 21 NAIL SPA, LLC is a Florida limited liability company, subject to this Court's jurisdiction, with a business address of 940 S. Military Trail, Suite #2, West Palm Beach, Florida 33415.

4. FOREVER 21 is unaware of the true names and capacities, whether individual, corporate, associate, or otherwise, of Defendants Does 1 through 10, inclusive, or any of them, and therefore sues these Defendants, and each of them, by such fictitious names. FOREVER 21 will seek leave of Court to amend this Complaint when the identities of these defendants are ascertained.

## JURISDICTION AND VENUE

5. This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1338(a), and 15 U.S.C. § 1121. The Court has supplemental jurisdiction over the state law claims asserted herein under 28 U.S.C. § 1338(b) because they form some part of the same case or controversy under Article III of the United States Constitution.

6. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(B)(2) and (3) because it is a judicial district in which Defendant resides and is where a substantial part of the

events giving rise to the claims asserted herein occurred and Defendant was and is subject to personal jurisdiction in this district at the time the action was commenced.

## FACTUAL BACKGROUND

7. Since at least as early as 1989, FOREVER 21 has been engaged in the development and retail sale of a wide variety of clothing and accessories identified by its registered and common law trademarks.

8. FOREVER 21 currently operates 650 stores worldwide, including 525 in the United States and 32 in Florida, with over $4 billion in sales worldwide.

9. FOREVER 21's fashion goods are made exclusively for and are sold by FOREVER 21 exclusively through its own mall-based and stand-alone retail outlets throughout the United States. FOREVER 21 has become well known to consumers through its hard work, innovation and substantial investment in branding. As a result of its endeavors, FOREVER 21 has created and owns valuable intellectual property in the form of trademarks and copyrights. FOREVER 21 does not authorize the distribution or sale of its fashions goods to third parties and does not license third parties to sell fashion goods identified by its trademarks.

10. FOREVER 21 owns all rights in and to the federal trademark registrations listed below, among others (collectively, "FOREVER 21 TRADEMARKS") in various trademark classes for consumer products, including IC 3 for cosmetics, as follows:

| Trademark | Registration Number | IC | Registration Date |
|---|---|---|---|
| FOREVER 21 | 2,067,637 | 42 | June 3, 1997 |
| | 2,583,457 | 25 | June 18, 2002 |
| | 2,836,546 | 3 | April 27, 2004 |
| | 2,913,132 | 35 | December 21, 2004 |
| | 4,022,660 | 14 | September 6, 2011 |

11. Since adopting its FOREVER 21 TRADEMARKS, FOREVER 21 has continuously promoted and used those trademarks throughout the United States in interstate commerce, including in standard text and/or in stylized form.

12. FOREVER 21 has expended considerable sums in exerting every effort to maintain the highest standard of quality for its products, and has created valuable goodwill among the purchasing public under its FOREVER 21 TRADEMARKS.

13. As a result of the continuous and extensive use of the FOREVER 21 TRADEMARKS by FOREVER 21, those marks have become and continue to function as a valuable business and marketing asset of FOREVER 21, and serve to indicate to the trade and consuming public the products originating from FOREVER 21 and its authorized representatives.

14. As a result of such promotion and use of its trademarks, consumers have come to recognize FOREVER 21 clothing and the FOREVER 21 TRADEMARKS have come to signify the valuable reputation and goodwill belonging exclusively to FOREVER 21.

15. FOREVER 21 is informed and believes, and based thereon alleges, that Defendant has in the past and continues to market and promote its services under the distinctive FOREVER 21 TRADEMARKS in violation of FOREVER 21's rights therein, as reflected in Exhibit A.

16. On or about November 3, 2016, FOREVER 21 sent Defendant a letter demanding that it immediately cease and desist from selling, distributing, advertising and marketing any goods and/or services bearing FOREVER 21's MARKS. A true and correct copy of the executed version of letter is attached hereto as Exhibit B sent pursuant to certified mail U.S. postal service Number 7013 2630 0002 3668 1679.

17. Nevertheless, on information and belief, Defendant continued and still continues to market and advertise under the FOREVER 21's MARKS, thereby infringing upon and diluting FOREVER 21's valuable intellectual property.

18. Defendant has used the FOREVER 21 TRADEMARKS in a deliberate and calculated attempt to trade upon FOREVER 21's popularity, goodwill and reputation. Defendant's unauthorized use of the FOREVER 21 MARKS in connection with the sale, distribution, and/or advertising of goods and services is likely to cause confusion and/or mistake and/or to deceive, as well as dilute and tarnish the FOREVER 21 MARKS.

**ALLEGATION OF IRREPARABLE HARM**

19. By reason of Defendant's acts, FOREVER 21 has suffered and will continue to suffer damage to its business, reputation and goodwill, and the loss of sales and profits FOREVER 21 could have realized but for Defendant's acts. Unless restrained and enjoined, Defendant will continue to engage in the acts complained of and irreparably damage FOREVER 21. FOREVER 21's remedy at law is not adequate to compensate FOREVER 21 for all the resulting injuries arising from Defendant's misconduct.

20. Plaintiff has retained the undersigned law firm to represent it in this action and is obligated to pay said law firm reasonable attorneys' fees and costs in exchange for their services.

21. Plaintiff is entitled to recover its reasonable attorneys' fees and costs pursuant to Section 32 of the Lanham Act, 15 U.S.C. §§ 1114, 1125(c)(2), Florida Trademark Act, Fla. Stat. § 495.141, and Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. § 501.204.

**FIRST CLAIM FOR RELIEF**

**Trademark Infringement in**

**Violation of Lanham Act § 32, 15 U.S.C. § 1114**

22. FOREVER 21 realleges and incorporates by reference herein paragraphs 1 through 21, inclusive, of this Complaint as though fully set forth in full herein.

23. At all relevant times, Defendant has used unauthorized reproductions, counterfeits, copies or colorable imitations of the FOREVER 21 TRADEMARKS in connection

with the sale, offering for sale, distribution, and/or advertising of goods and services in a manner likely to cause confusion and/or mistake and/or to deceive.

24. Defendant has reproduced, counterfeited, copied and/or imitated the FOREVER 21 TRADEMARKS and has applied such reproduction, counterfeit, copy and/or colorable imitations to signs, displays, advertisements, promotional materials, packaging, website content, and other materials used in commerce in connection with the sale, offering for sale, distribution, or advertising of goods and services in a manner likely to cause confusion and/or mistake and/or to deceive.

25. Defendant is acting and has acted with knowledge that its copying and use of the FOREVER 21 TRADEMARKS is unauthorized and unlawful and with the intent to cause confusion and/or mistake and/or to deceive.

26. Defendant's trademark infringement has caused and, unless restrained and enjoined by this Court, will continue to cause substantial, immediate and irreparable injury to FOREVER 21's business, reputation and goodwill for which it is without an adequate remedy at law.

27. In addition, as a direct and proximate result of Defendant's trademark infringement, FOREVER 21 has suffered and is continuing to suffer injury, loss and damages in an amount according to proof at trial, and is entitled to recover monetary damages, attorney's fees and costs and to disgorgement of Defendant's unlawful gains and profits.

## SECOND CLAIM FOR RELIEF

### Federal Unfair Competition and False Designation of Origin in Violation of Lanham Act § 43(a), 15 U.S.C. § 1125(a)

28. FOREVER 21 realleges and incorporates by reference herein paragraphs 1 through 21, inclusive, of this Complaint as though fully set forth in full herein.

29. Defendant's unlawful copying and use of the FOREVER 21 TRADEMARKS in connection with its clothing products and trade name constitute false and misleading designations of origin and false and misleading representations of facts, which:

A. Are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendant with FOREVER 21, or as to the origin, sponsorship, or approval of Defendant's goods or commercial activities by FOREVER 21; and/or

B. Misrepresent the nature, characteristics, or qualities of Defendant's goods, services, or commercial activities.

30. Defendant's misconduct in violation of 15 U.S.C. § 1125(a) has caused and, unless restrained and enjoined by this Court, will continue to cause substantial, immediate and irreparable injury to FOREVER 21's business, reputation, and goodwill for which it is without an adequate remedy at law.

31. In addition, as a direct and proximate result of Defendant's intentional and willful violation of 15 U.S.C. § 1125(a), FOREVER 21 has suffered and is continuing to suffer injury, loss and damages in an amount according to proof at trial, and is entitled to recover damages, extraordinary damages, attorney's fees and costs pursuant to 15 U.S.C. § 1125(c)(2), and to disgorgement of Defendant's unlawful gains and profits.

## THIRD CLAIM FOR RELIEF

**Federal Trademark Dilution in**

**Violation of Lanham Act § 43(c), 15 U.S.C. § 1125(c)**

32. FOREVER 21 realleges and incorporates by reference herein paragraphs 1 through 21, inclusive, of this Complaint as though fully set forth in full herein.

33. The FOREVER 21 TRADEMARKS are distinctive and famous throughout the United States. After the FOREVER 21 TRADEMARKS became famous, Defendant used and is

using a trademark and a trade name on its clothing products and in its advertising that is identical or virtually identical to the FOREVER 21 TRADEMARKS.

34. FOREVER 21 is informed and believes and on that basis alleges that Defendant acted with knowledge of the fame and reputation of the FOREVER 21 TRADEMARKS with the purpose of usurping such rights and to willfully and intentionally confuse, mislead, and deceive members of the public.

35. Defendant's actions have and are likely to dilute, blur and tarnish the distinctive quality of the FOREVER 21 TRADEMARKS, to lessen the ability of those marks to identify and distinguish the company's products, and to cause FOREVER 21's products and marks to be associated with products or services nor made, sponsored or approved by FOREVER 21.

36. As a result of Defendant's violation of 15 U.S.C. § 1125(c), FOREVER 21 has and continues to suffer damages according to proof at trial. Further, unless Defendant is restrained, FOREVER 21 will continue to suffer irreparable damage and injury to its reputation and goodwill.

37. Because Defendant acted willfully and intentionally to trade on FOREVER 21's reputation and/or cause dilution of FOREVER 21's famous trademarks, FOREVER 21 is entitled to damages, extraordinary damages, fees and costs pursuant to 15 U.S.C. § 1125(c)(2).

## FOURTH CLAIM FOR RELIEF

### Common Law Trade Name Infringement

38. FOREVER 21 realleges and incorporates by reference herein paragraphs 1 through 21, inclusive, of this Complaint as though fully set forth in full herein.

39. Defendant has engaged in trade name infringement under the common law by misrepresenting that its services and/or its products are in some way sponsored or authorized by FOREVER 21 under its FOREVER 21 TRADEMARKS.

40. Defendant's acts were undertaken willfully and with the intention of causing confusion, mistake or deception.

41. As a proximate result of Defendant's acts, FOREVER 21 has and continues to suffer damages according to proof at trial. Further, unless Defendant is restrained, FOREVER 21 will continue to suffer irreparable damage and injury to its reputation and goodwill.

## FIFTH CLAIM FOR RELIEF

### Common Law Unfair Competition

42. FOREVER 21 realleges and incorporates by reference herein paragraphs 1 through 19, inclusive, of this Complaint as though fully set forth in full herein.

43. Defendant's sale, use and imitation of the FOREVER 21 TRADEMARKS constitutes infringement, copying, imitation, and misappropriation of FOREVER 21's intellectual property, unjust enrichment of Defendant, and unfair competition with FOREVER 21 in violation of FOREVER 21's rights under the common law of the state of Florida and other states of the United States.

44. Defendant's willful acts of misrepresentation, fraud and deceit have unjustly enriched Defendant in violation of FOREVER 21's rights. As such, FOREVER 21 is entitled to injunctive relief and monetary damages according to proof at trial.

## SIXTH CLAIM FOR RELIEF

### Dilution in Violation of the Florida Trademark Act

### (Florida Statutes § 495.001, *et seq.*)

45. FOREVER 21 realleges and incorporates by reference herein paragraphs 1 through 21, inclusive, of this Complaint as though fully set forth in full herein.

46. The FOREVER 21 TRADEMARKS are distinctive and famous throughout the United States. After the FOREVER 21 TRADEMARKS became famous, Defendant used and is using a trademark and a trade name on its clothing products and in its advertising that is identical or virtually identical to the FOREVER 21 TRADEMARKS.

47. FOREVER 21 is informed and believes and on that basis alleges that Defendant acted with knowledge of the fame and reputation of the FOREVER 21 TRADEMARKS with the purpose of usurping such rights and to willfully and intentionally confuse, mislead, and deceive members of the public.

48. Defendant's actions have and are likely to dilute, blur and tarnish the distinctive quality of the FOREVER 21 TRADEMARKS, to lessen the ability of those marks to identify and distinguish the company's products, and to cause FOREVER 21's products and marks to be associated with clothing not made, sponsored or approved by FOREVER 21.

49. As a result of Defendant's violation of the Florida Trademark Act (Florida Statutes § 495.001, *et seq.*), FOREVER 21 has and continues to suffer damages according to proof at trial. Further, unless Defendant is restrained, FOREVER 21 will continue to suffer irreparable damage and injury to its reputation and goodwill.

## SEVENTH CLAIM FOR RELIEF

### Violation of the Florida Deceptive and Unfair Trade Practices Act

### (Florida Statutes § 501.201, *et seq.*)

50. FOREVER 21 realleges and incorporates by reference herein paragraphs 1 through 21, inclusive, of this Complaint as though fully set forth in full herein.

51. Defendant's misconduct, including the unlawful use and imitation of the FOREVER 21 TRADEMARKS of trading upon FOREVER 21's goodwill and reputation constitute an deceptive and/or unfair trade practices under the Florida Deceptive and Unfair Trade Practices Act (Florida Statutes § 501.201, *et seq.*).

52. As a direct and proximate result of Defendant's unfair, unlawful and illegal business practices, FOREVER 21 has suffered irreparable harm to its reputation and goodwill. As such, FOREVER 21 is entitled to injunctive relief as set forth herein.

53. In addition, as a direct and proximate result of Defendant's conduct, FOREVER 21 has suffered and is continuing to suffer injury, loss and damages in an amount according to

proof at trial, and is entitled to recover damages, attorney's fees and costs and to disgorgement of Defendant's unlawful gains and profits.

## PRAYER FOR RELIEF

WHEREFORE, FOREVER 21 prays for judgment in its favor and against Defendant, including but not limited to, the following relief:

1. A preliminary and permanent injunction enjoining Defendant, its officers, shareholders, agents, servants, employees, attorneys, successors and assigns, distributors, retailers and those in privity with them, and those persons in active concert or participation with any of them who receive actual notice of the judgment by personal service or otherwise, from any further infringement and/or dilution of FOREVER 21's trademarks and from any further acts of unfair competition;
2. For an award of damages in an amount according to proof at trial;
3. For an accounting to FOREVER 21 for any and all profits derived by Defendant from the unlawful acts complained of herein, and for disgorgement of those profits;
4. For reasonable attorneys' fees;
5. For FOREVER 21's costs in this lawsuit;
6. For interest as allowed by law; and
7. For such further relief as the Court deems just and proper.

## REQUEST FOR JURY TRIAL

FOREVER 21 requests a jury trial of all matters so triable.

Dated this __27th_ day of February, 2017

**ROBINS KAPLAN LLP**
Attorneys for Plaintiff, FOREVER 21, Inc.

**s/ Michael A. Price**

Michael A. Price
Fla. Bar No. 100581
MPrice@RobinsKaplan.com
711 Fifth Avenue South, Suite 201
Naples, Florida 34102-6628
Telephone: (239) 430-7070
Facsimile: (239) 213-1970

David Martinez
(*Pro Hac Vice* to be submitted)
California Bar No. 193183
DMartinez@robinskaplan.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310-552-0130
Facsimile: 310-229-5800